

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-1738*
*www.usdoj.gov/usao/wie*

August 3, 2018

Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

    Re:    *United States v. Approx. $177,566.32 in U.S. Currency from U.S. Bank Account Ending in 6229*
             Case No. 18-CV-1195

Dear Clerk:

     This letter is to notify the Court that, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice by internet publication of the filing of a complaint in the above-captioned action will begin on August 4, 2018. The claim-filing deadline for any claimant who did not receive direct notice of the filing of the complaint is October 3, 2018.

     Please contact our office at (414) 297-1700 if you have any questions.

                                          Sincerely,

                                          MATTHEW D. KRUEGER
                                          United States Attorney

                By:

                                         s/SCOTT J. CAMPBELL
                                        Assistant United States Attorney
                                        Scott J. Campbell, Bar Number: 1017721
                                        Attorney for Plaintiff
                                        Office of the United States Attorney
                                        Eastern District of Wisconsin
                                        517 East Wisconsin Avenue, Room 530
                                        Milwaukee, WI 53202
                                        Telephone: (414) 297-1700
                                        Fax: (414) 297-1738
                                        E-Mail: scott.campbell@usdoj.gov