UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA

    Plaintiff.

v.                                            Case No. 18-CV-1195

APPROXIMATELY $177,566.32 IN UNITED STATES
CURRENCY FROM U.S. BANK ACCOUNT
ENDING IN 6229,

---

### CLAIM OF NICHOLAS C. SCHAETZEL

---

To:    Clerk of the United States District Court for
       the Eastern District of Wisconsin
       517 E Wisconsin Avenue, Room 362
       Milwaukee, WI 53202

       Assistant United States Attorney Scott Campbell
       United States Attorney's Office
       517 E Wisconsin Avenue, Room 530
       Milwaukee, WI 53202

      Now comes Nicholas C. Schaetzel, by and through his attorney, David P. Geraghty, and pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Federal Rules of Civil Procedure, hereby makes claim for the return of property approximately $177,566.32 in United States currency as described in the complaint and seized on February 6, 2018 from U.S. Bank account ending in 6229 held in the name of Qicbid, LLC in Milwaukee, Wisconsin. This seizure was made by members of the Federal Bureau of Investigation. The subject property is presently in the custody of the United States Marshals Service in Milwaukee, Wisconsin.

      David P. Geraghty is in the attorney representing Nicholas C. Schaetzel and Qicbid, LLC

in this matter and hereby gives notice and makes claim to said property described in the forfeiture complaint filed in Case No. 18-CV-1195. Nicholas C. Schaetzel states that he is the sole owner and president of Qicbid, LLC and therefore is an owner of property sought to be forfeited and is entitled to possession of such. Further, Nicholas C. Schaetzel demands full restitution and represents that he will file an answer to and defend against the verified complaint filed in this matter in a timely fashion.

Dated at Milwaukee, Wisconsin this 20th day of August, 2018.

_____
Nicholas C. Schaetzel

### Verification

STATE OF WISCONSIN )
) SS
MILWAUKEE COUNTY )

I, Nicholas C. Schaetzel, being first duly sworn on oath, do hereby disclose, under penalty of perjury under the laws of the United State of America, that I am the claimant in this claim and that the foregoing is true and correct.

_____
Nicholas C. Schaetzel

Subscribed and sworn to before me this 20 day of August, 2018.

_____
Notary Public, Milwaukee County
My commission is permanent

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA

    Plaintiff,

v.                                             Case No. 18-CV-1195

APPROXIMATELY $177,566.32 IN UNITED STATES
CURRENCY FROM U.S. BANK ACCOUNT
ENDING IN 6229,

---

## CLAIM OF QICBID, LLC

---

To:    Clerk of the United States District Court for
the Eastern District of Wisconsin
517 E Wisconsin Avenue, Room 362
Milwaukee, WI 53202

       Assistant United States Attorney Scott Campbell
United States Attorney's Office
517 E Wisconsin Avenue, Room 530
Milwaukee, WI 53202

Now comes Qicbid, LLC through its president, Nicholas C. Schaetzel, by and through his attorney, David P. Geraghty, and pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Federal Rules of Civil Procedure, hereby makes claim for the return of property approximately $177,566.32 in United States currency as described in the complaint and seized on February 6, 2018 from U.S. Bank account ending in 6229 held in the name of Qicbid, LLC in Milwaukee, Wisconsin. This seizure was made by members of the Federal Bureau of Investigation. The subject property is presently in the custody of the United States Marshals Service in Milwaukee, Wisconsin.

David P. Geraghty is in the attorney representing Nicholas C. Schaetzel and Qicbid, LLC in this matter and hereby gives notice and makes claim to said property described in the forfeiture complaint filed in Case No. 18-CV-1195. Nicholas C. Schaetzel states that he is the sole owner and president of Qicbid, LLC and therefore is authorized to file this claim on behalf of Qicbid, LLC. Further, Qicbid, LLC is an owner of property sought to be forfeited and is entitled to possession of such. Further, Qicbid, LLC demands full restitution and represents that it will file an answer to and defends against the verified complaint filed in this matter in a timely fashion.

Dated at Milwaukee, Wisconsin this 20th day of August, 2018.

_____
Nicholas C. Schaetzel,
President and sole owner of Qicbid, LLC

Verification

STATE OF WISCONSIN    )
                      ) SS
MILWAUKEE COUNTY      )

I Nicholas C. Schaetzel, being first duly sworn on oath, do hereby disclose, under penalty of perjury under the laws of the United State of America, that I am the claimant in this claim and that the foregoing is true and correct.

_____
Nicholas C. Schaetzel,
President and sole owner of Qicbid, LLC

Subscribed and sworn to before me
this 20 day of August, 2018.

_____
Notary Public, Milwaukee County
My commission is permanent