UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA

    Plaintiff.

v.                                                Case No. 18-CV-1195

APPROXIMATELY $177,566.32 IN UNITED STATES
CURRENCY FROM U.S. BANK ACCOUNT
ENDING IN 6229,

---

### NOTICE OF RETAINER

---

PLEASE TAKE NOTICE that I have been retained by defendant, QICBID, LLC, in the above-entitled action and demand copies of all papers subsequent to this notice be served upon me at GERAGHTY LAW OFFICES, 735 N Water Street, Suite 205, Milwaukee, Wisconsin, 53202.

Dated this 29th day of August, 2018.

                                                          Respectfully submitted,

                                By:    _____
                                                 DAVID P. GERAGHTY
                                                 Attorney for Defendant
                                                 State Bar No. 1017038

<u>P.O. ADDRESS:</u>

GERAGHTY LAW OFFICES
735 N Water Street, Suite 205
Milwaukee, WI 53202
Telephone: (414) 831-0909
Fax: 414-277-7087