UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA

      Plaintiff.

v.                                      Case No. 18-CV-1195

APPROXIMATELY $177,566.32 IN UNITED STATES
CURRENCY FROM U.S. BANK ACCOUNT
ENDING IN 6229,

---

### ANSWER OF QICBID, LLC

---

Now comes Qicbid, LLC having heretofore filed a verified claim in the above-captioned matter, and as and for an answer to the plaintiff's complaint for civil forfeiture in rem, admits, denies and alleges as follows:

1. Answering paragraphs 1, 2, 3 and 4 of the plaintiff's complaint, admits the allegations contained therein.

2. Answering paragraphs 5, 6, 7 and 8 of plaintiff's complaint, denies the allegations contained therein.

3. Answering paragraphs 9 and 10 of plaintiff's complaint, admits the allegations contained therein.

4. Answering paragraphs 11 through 16 inclusive of plaintiff's complaint, denies the allegations contained therein and puts plaintiff to its strict proof thereon.

5. Answering paragraphs 17 through 21 inclusive of plaintiff's complaint, admits the allegations contained therein.

6. Answering paragraphs 22 through 55 inclusive of plaintiff's complaint, denies information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, as such, denies same and puts plaintiff to its strict proof thereon.

7. Answering paragraphs 56 through 80, denies the allegations contained therein.

8. Answering paragraph 82, realleges as if fully set forth herein, each of the responses previously made to paragraphs 1 through 80 of plaintiff's complaint.

9. Answering paragraphs 83, denies the allegations contained therein and puts plaintiff to its strict proof thereon.

Wherefore, claimant, Qicbid, LLC, demands that the property described in the plaintiff's complaint be turned over to it together with all costs, disbursement and attorney fees incurred in the defense of this matter. .

Dated at Milwaukee, Wisconsin, this 29th day of August, 2018.

David P. Geraghty
Attorney for Qicbid, LLC
State Bar No. 1017038

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

Plaintiff(s),

v.  Case No. 18CV-1195

APPROXIMATELY $177,566.32
in 6229

Defendant(s).

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

This form must be filed with the Clerk of Court within 21 days of receipt. Although choosing to have your case decided by a magistrate judge is optional and refusal will not have adverse substantive consequences, the timely return of this completed form is mandatory.

If you do not consent to a magistrate judge deciding your case, a district judge will handle your case. When a case is handled by a district judge, magistrate judges in this district generally play no further role in the case and do not issue reports and recommendations.

Magistrate judges do not conduct felony trials, and therefore felony trials do not interfere with scheduling and processing of cases before magistrate judges.

**Check one:**

[X] The undersigned attorney of record or pro se litigant **consents** to have Magistrate Judge _Nancy Joseph_ conduct all proceedings in this case, including a bench or jury trial, and enter final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73(b).

[ ] The undersigned attorney of record or pro se litigant **refuses** to have a magistrate judge enter final judgment in this matter. I understand that this means that a district judge alone will handle all further proceedings in this matter.

Signed this 21st day of August, 2018.

Signature: David R Geraghty SBN 1017038
Signature of counsel of record or pro se litigant
[ ] Plaintiff / petitioner (attorney or pro se litigant)
[X] Defendant / respondent (attorney or pro se litigant)
[ ] Other party