UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                  Case No. 18-CV-1195

APPROXIMATELY $177,566.32 IN UNITED
STATES CURRENCY FROM U.S. BANK
ACCOUNTY ENDING IN 6229,

        Defendant.

---

### CLAIM OF NEWTEK SMALL BUSINESS FINANCE, LLC

---

To:    Clerk – United States District Court for
        the Eastern District of Wisconsin
        517 East Wisconsin Ave., Room 362
        Milwaukee, WI 53202

        Assistance US Attorney Scott Campbell
        United States Attorney's Office
        517 East Wisconsin Ave., Room 530
        Milwaukee, WI 53202

        Newtek Small Business Finance, LLC ("Newtek") by its attorneys, Kohner, Mann & Kailas, S.C., hereby submits its claim to the Defendant property, approximately $177,566.32 in United States Currency from U.S. Bank Account ending in 6229 (the "Property") pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In further support of this claim, Newtek states as follows:

        1.      The property claimed by Newtek is the Property.

        2.      Newtek's interest in the Property is based upon Newtek's contract with Qicbid, LLC ("Qicbid") to auction vehicles on Newtek's behalf, which vehicles had been recovered from

a borrower on a defaulted loan, due to a court judgment and liens Newtek held on the vehicles. Qicbid and its principal, Mr. Schaetzel, took possession of the vehicles, conducted the auction, and then fraudulently failed to report the results of the auction or deliver any of the proceeds realized to Newtek. Newtek believes it has a valid, good faith, and legally recognizable interest in the Property because it is proceeds of the auction of the vehicles repossessed from its borrower, which Qicbid and Mr. Schaetzel, as a Wisconsin licensed auctioneer, held in trust and/or as an agent of Newtek.

3. Newtek reserves all rights and claims as the victim of the alleged conduct set forth in the Complaint in this action, and further reserves all other rights and civil claims that it may have relating to the facts and circumstances described in the Complaint and herein.

4. Newtek will file an answer to the verified Complaint in this matter in a timely fashion.

Dated: September 6, 2018.

                      KOHNER, MANN & KAILAS, S.C.
                      Attorneys for Newtek Small Business Finance, LLC

                      By:   /s/ Samuel C. Wisotzkey
                              Samuel C. Wisotzkey
                              Attorney No. 1029537

Post Office Address:
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212
Telephone: (414) 962-5110
Facsimile: (414) 962-8725

# VERIFICATION

STATE OF TENNESSEE
COUNTY OF Wilson

Gaye Price, being first duly sworn on oath, deposes and states that:

1. I am a Vice President with Newtek Small Business Finance, LLC.

2. I have reviewed the foregoing claim and found that the contents are accurate to the best of my knowledge, information and belief.

3. I declare under penalty of perjury that the foregoing is true and correct.

*Gaye Price* (signed)

STATE OF TENNESSEE )
 ) SS.
COUNTY OF WILSON )

On this 5th day of SEPT, 2018, before me, the undersigned notary public, personally appeared Gaye Price, personally known to me to be the person whose name is signed above, and acknowledged to me that she signed it voluntarily for its stated purpose.

WITNESS my hand and official seal.

*Gerald E. Irwin* (signed)
Notary Public

[seal]

(Notary seal: GERALD E. IRWIN, STATE OF TENNESSEE NOTARY PUBLIC, WILSON COUNTY)

3