UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                        Case No. 18-CV-1195

APPROXIMATELY $177,566.32 IN
UNITED STATES CURRENCY FROM U.S.
BANK ACCOUNT ENDING IN 6229,

      Defendant.

---

**ORDER TO LIFT THE STAY OF CIVIL FORFEITURE PROCEEDINGS
AND FOR JUDGMENT OF FORFEITURE**

---

Upon consideration of the United States of America's motion to lift the stay in this civil forfeiture case, and for entry of a judgment of forfeiture as to the defendant property, and upon consideration of the parties' stipulation and settlement agreement,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Order of October 15, 2018, staying these proceedings (Doc. 26) is lifted and vacated.

2. All right, title, and interest in the defendant property, approximately $177,566.32 in United States currency from U.S. Bank account ending in 6229, are forfeited to the United States of America.

3. The United States Marshal shall deposit the approximately $177,566.32 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this ____ day of _____, 2020.

APPROVED:

_____
HONORABLE NANCY JOSEPH
United States Magistrate Judge

Judgment entered this ____ day of _____, 2020.

    GINA COLLETTI
    Clerk of Court

By:

    _____
    Deputy Clerk